## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| |
|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, |
| |
| PLAINTIFF |
| |
| v. |
| |
| MELISSA R. THOMPSON f/k/a MELISSA R. RAYMOND, |
| |
| and |
| |
| CHARLES K. THOMPSON, JR., |
| |
| DEFENDANTS |
| |
| and |
| |
| TOWN OF LISBON, MAINE, |
| |
| PARTY-IN-INTEREST |

**CIVIL ACTION NO.:
2:25-cv-00253-JAW**

## <u>STATUS REPORT</u>

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. According to the mediation report dated December 10, 2025, the defendants are working with Housing Counselor, Melody Hosey and the lender is looking into other options available to the defendants.

2. The parties are awaiting the mediation notice from the FDP court for the second mediation session, which is to be scheduled for on or after February 11, 2026.

Dated this March 6, 2026.

*/s/ Kevin J. Crosman*

Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Charles Thompson Jr.
20 Serena Street
Lisbon, Maine 04250

Melissa Thompson
20 Serena Street
Lisbon, Maine 04250

Town of Lisbon
300 Lisbon Street
Lisbon, ME 04250

Dated at Portland, Maine, this March 6, 2026.

/s/ *Kevin J. Crosman*

_____

Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff